UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER, | 1:17-cv-00724-EPG (PC) |
| Plaintiff, | |
| v. | ORDER GRANTING REQUEST FOR SUSPENSION OF REQUIREMNT TO FILE RESPONSIVE PLEADING |
| J. CLARK KELSO, et al., | |
| Defendants. | (ECF NO. 6) |

Edward B. Spencer ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 23, 2017, Defendant Kelso removed this case to federal court from Kings County, California Superior Court. (ECF No. 1). On May 26, 2017, Defendant Kelso filed a motion to dismiss. (ECF No. 5). On June 2, 2017, Defendant Barnett filed a request for screening of the Complaint. (ECF No. 6). Defendant Barnett also requests that the Court issue an order that they need not file a responsive pleading until 30 days after the court issues its screening order. (*Id*.)

Presently, the Court is intends to screen the Complaint pursuant to 28 U.S.C. § 1915A(a). Therefore, the Court will not require a responsive pleading at this time and will suspend the requirement until 30 days after the Court issues a screening order or it otherwise directs that a responsive pleading be filed.
IT IS SO ORDERED.

Dated:  **June 12, 2017**        /s/ *Erica P. Grosjean*
                                 UNITED STATES MAGISTRATE JUDGE

1